

**FILED**

JAN 22 2009

Clerk, U.S. District and
Bankruptcy Courts

CO-386-online
03

# United States District Court
# For the District of Columbia

United States of America f/u/b/o )
Cleveland Construction, Inc., et al. )
                                     )
                                     )         Case: 1:09-cv-00126
            Plaintiff                )    Ci   Assigned To : Bates, John D.
       vs                            )         Assign. Date : 1/22/2009
                                     )         Description: Contract
Travelers Casualty and Surety        )
Company of America, et al.           )
                                     )
            Defendant                )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Cleveland Construction, Inc._____ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

416199                                        Andrew N. Cook, Esq.
_____                     _____
BAR IDENTIFICATION NO.                        Print Name

                                              Bell, Boyd & Lloyd, LLP, 1615 L St., N.W., Suite 1200
                                              _____
                                              Address

                                              Washington, DC  20036
                                              _____
                                              City        State        Zip Code

                                              202 955-6828
                                              _____
                                              Phone Number